IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZHEJIANG MATRIX SCM CO., LTD,<br>*Plaintiff,* | : <br> : <br> : | |
| v. | : | CIVIL NO. 23-0979 |
| | : | |
| PNC BANK, NATIONAL ASSOCIATION,<br>*Defendant.* | : <br> : | |

## ORDER

AND NOW, this **13th** day of **March 2024**, upon consideration of Defendant's Motion to Dismiss (ECF No. 6), Plaintiff's Response in Opposition (ECF No. 15), Defendant's Reply in Support of its Motion (ECF No. 16), and Plaintiff's Sur-reply in Opposition (ECF No. 21), it is **hereby ORDERED** that for the reasons stated in the accompanying Memorandum, Defendant's Motion to Dismiss (ECF No. 6) is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**.

The Clerk is directed to **CLOSE** this case.

BY THE COURT:

_____
HON. KAI N. SCOTT
**United States District Court Judge**